**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**KEVIN THOMAS, #42850-066**                                                          **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 5:08-cv-246-DCB-MTP**

**BRUCE PEARSON, Warden FCI-Yazoo**                                  **RESPONDENT**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the    16th    day of September, 2008.


                                                 s/ David Bramlette
                                                 UNITED STATES DISTRICT JUDGE